UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

Case No. 3:26-cr-100/TKW

Date: June 25, 2026
Time: 2:14 p.m. – 2:18 p.m.

DOCKET ENTRY: INITIAL APPEARANCE and ARRAIGNMENT ON INDICTMENT

PRESENT:

| | |
|---|---|
| Honorable **Hope T. Cannon** | U.S. Magistrate Judge |
| Keri Igney, | Deputy Clerk |
| PNS Recorder, | Court Reporter |
| David Goldberg & Thomas Geeker | Asst. U. S. Attorneys |
| Courtney McKeen, AFPD | Defense Attorney |
| None | Interpreter |
| | Probation Officer |

**Name of Defendant: CHRISTOPHER M. MAYER**
☒Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒ Defendant advised that Defendant is before a United States Magistrate Judge.

☒ Defendant advised of charges, penalties and fines.

☒ Defendant advised not to make any statement before consulting an attorney.

☒ Defendant advised of right to hire counsel or have counsel appointed.

☒ Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☒ Defendant appointed the services of the Federal Public Defender.
(see separate order)

☐ Defendant declined to complete CJA Form 23.

☐ Defendant advised Defendant will hire private counsel.

☒ Defendant advised of right to reasonable bail.

☒ Government moves for detention.

☒ Defendant **WAIVED** the detention hearing and reserved the right to re-open the hearing at a later date if something changes.

☐ Detention hearing set for Click or tap to enter a date. by separate order and Defendant will be temporarily detained.

☐ Defendant released on conditions.

☒ As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

☒ Defendant arraigned for trial

☒ Defendant waived formal reading of the indictment.

☒ Defendant entered a plea of NOT GUILTY on all counts.

☒ Jury trial date: August 17, 2026 before US District Judge T. Kent Wetherell, II, United States Courthouse, Pensacola, Florida

☐ Defendant advised he/she can request an attorney for the government or a federal law enforcement officer notify a consular officer from the defendant's country that he/she has been arrested.

☐ Defendant requests notification, and government directed to ensure notification.

☐ Defendant declines notification.

Filed in Court
June 25, 2026
CRD: kli