**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 3:26cr100/TKW**

**CHRISTOPHER M. MAYER**
___________________________________/

## FACTUAL BASIS FOR GUILTY PLEA

Defendant Christopher M. Mayer admits that if this case were to proceed to trial, the government could prove the following facts:

On or about August 22, 2025, law enforcement obtained and reviewed a National Center for Missing and Exploited Children (NCMEC) Cybertipline Report from the electronic service provider (ESP) Discord, Inc. It contained child pornography, and legal process linked it back to the defendant's residence in Navarre, Florida. A search warrant was executed on Discord in relation to this Cyberipline Report, and even more inculpatory child exploitation evidence was revealed. The evidence, once again, was linked to the defendant.

On January 28, 2026, a search warrant was executed on the defendant's residence in Navarre, Florida. The defendant was present. Dozens of electronic devices were seized pursuant to the warrant, to include many directly from the

FILED IN OPEN COURT
9/9/26
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

defendant's bedroom. In total, the electronic devices contained over two dozen terabytes of data.

Included in this data, from the defendant's bedroom, were electronic devices such as his computer tower and multiple cellular telephones (amongst others listed in the Plea Agreement) that contained images and videos of minor children engaged in sexual acts as well as conspiratorial communications/sharing of images and streaming videos of computer-generated obscene child sexual abuse material and the enjoyment those who were exchanging it received from the other conspirators in the online group. A forensic review of the defendant's electronic devices dated this type of material on the defendant's devices to at least the time frame charged in the indictment when he received it via the internet.

The defendant agrees that the indictment is true and correct, and it is incorporated herein, and that his acts occurred online and thus implicated interstate or foreign commerce.

## ELEMENTS OF THE OFFENSES

The elements of Conspiracy to Distribute, Receive, and Possess w/ Intent to Distribute an Obscene Visual Representation of the Sexual Abuse of Children, in violation of 18 U.S.C. §§ 1466A(a)(1) and 1466A(d)(4), as charged in Count One, are:

*First:* Two or more people agreed together to an unlawful plan to knowingly distribute, receive, or possess with intent to distribute a visual depiction of any kind;

*Second:* The Defendant knew the plan and willfully joined it understanding that the visual depiction involved a minor engaging in sexually explicit conduct;

*Third:* The visual depiction was obscene; and

*Fourth:* The visual depiction was mailed or shipped or transported in interstate or foreign commerce by any means, or produced using materials that had been shipped or mailed or transported in interstate or foreign commerce by any means.

The elements of Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1), as charged in Count Two, are:

*First:* The Defendant knowingly received an item or items of child pornography;

*Second:* The items of child pornography had been transported in interstate or foreign commerce, including by computer; and

*Third:* When the Defendant received the items, the Defendant believed the items contained child pornography.

Defendant enters this agreement knowingly, voluntarily, and upon advice of counsel.

JOHN P. HEEKIN
United States Attorney

LAUREN COBB
Attorney for Defendant
Florida Bar No.: 52022
3 W. Garden Street, Suite 200
Pensacola, Florida 32502
(850) 432-1418

8/28/26
Date

CHRISTOPHER M. MAYER
Defendant

8/28/26
Date

DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

9/9/26
Date

THOMAS S. P. GEEKER
Assistant U.S. Attorney
Northern District of Florida
Florida Bar No. 1035932
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

9/9/2026
Date